UNITED SATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SEAN SADR AND MICHELLE LEVERO | § § § § | |
| *Plaintiffs,* | | |
| v. | § | CIVIL ACTION NO. 1:23-cv-00206 |
| | § | |
| SOUTH AUSTIN MARINE II, INC., KENNETH BLACK | § § § | |
| *Defendants.* | § | |

### DEFENDANTS' SOUTH AUSTIN MARINE II, INC. AND KENNETH BLACK'S NOTICE OF FEDERAL REMOVAL

Defendants SOUTH AUSTIN MARINE II, INC. and KENNETH BLACK, file this Notice of Removal under 28 U.S.C. §1446(a).

### I.   INTRODUCTION

1. Plaintiffs are Sean Sadr and Michelle Levero ("Plaintiffs"). *See* Plaintiffs' Original petition ¶2, attached hereto as Exhibit "A".

2. Defendants are South Austin Marine II, Inc. and Kenneth Black (collectively "Defendants,"). *Id.*

3. On January 20, 2023, Plaintiff filed suit against Defendants in the 419th Judicial District Court of Travis County, Texas. *See* Plaintiffs' Original petition, attached hereto as Exhibit "A"

4. Plaintiffs assert state law causes of action arising from the purchase of a 213 Formula 400 FX 8 Boat. *See* Plaintiffs' Original petition ¶9-19, attached hereto as Exhibit "A." Plaintiffs brought the following causes of action against Defendants:

    a.    Claims under the Texas Deceptive Trade Practices Act for alleged false, misleading and deceptive acts, practices and /or omissions;

    b.    Unconscionability;

    c.    Breach of Contract;

    d.    Fraud;

    e.    Fraudulent Inducement;

    f.    Negligence;

    g.    Negligent Misrepresentation;

    h.    Unjust Enrichment;

    i.    Equitable Relief.

*See* Plaintiffs' Original petition ¶23-64, attached hereto as Exhibit "A"

5.    Defendants timely file this Notice of Removal within 30 days of actual receipt of Plaintiff Plaintiffs Original Petition.

6.    In accordance with the Federal Rules of Civil Procedure and Local Rules for the Western District of Texas, the following documents are being filed contemporaneously with this Notice of Removal, attached as Exhibits "A" and "B":

    a.    Copies of all state court pleadings;

    b.    Copies of all state court orders (none); and

    c.    List of all counsel, with addresses and telephone numbers.

## II.    BASIS FOR REMOVAL

7.    Removal is proper because there is complete diversity between the parties, and the amount in controversy exceeds $75,000.00. 28 U.S.C. § 1332(a). Plaintiffs are residents of Ohio. *See* Plaintiffs' Original petition ¶2, attached hereto as Exhibit "A". Defendant South Austin Marine II,

Inc.'s principal place of business is Austin, Texas; Defendant Luis Miguel Rodriguez is a resident of Austin, Texas. *See* Plaintiffs' Original petition ¶2, attached hereto as Exhibit "A".

8. Plaintiffs seek monetary relief of over $250,000. *See* Plaintiffs' Original petition ¶6, attached hereto as Exhibit "A".

9. Copies of all pleadings, and other filings in the state-court suit are attached to this notice as required by 28 U.S.C §1446(a).

10. Venues is proper in this district under 28 U.S.C § 1441(a) because the state court where the suits has been pending is located in this district.

11. Defendants will promptly file a copy of this notice or removal with the clerk of the state court where the suit is pending.

## CONCLUSION

12. Complete diversity exists between Plaintiffs Sean Sadr and Michelle Levero and Defendants South Austin Marine II, Inc, and Kenneth Black. The amount in controversy exceeds $75,000.00. For these reasons, Defendants South Austin Marine II, Inc, and Kenneth Black ask the Court to remove this lawsuit to the United States District Court for the Western District of Texas.

**[SIGNATURE BLOCK ON FOLLOWING PAGE]**

Respectfully Submitted,

**DONATO BROWN POOL & MOEHLMANN**

*/s/ Chaz Klaes*
Chaz D. Klaes
Attorney in charge
TBN: 24083312
Daniela I. Saybe
TBN: 24122283
3200 Southwest Freeway, Suite 2300
Houston, Texas 77027
T: (713) 877-1112
F: (713) 877-1138
  cklaes@donatobrown.com
  dsaybe@donatobrown.com

# UNITED SATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| SEAN SADR AND MICHELLE LEVERO | § § § § | |
| *Plaintiffs,* | | |
| v. | § § | CIVIL ACTION NO. 1:23-cv-00206 |
| SOUTH AUSTIN MARINE II, INC., KENNETH BLACK | § § § | |
| *Defendants.* | § | |

## INDEX OF MATTERS TO BE FILED

1. Exhibit "A" Plaintiffs' Original Petition;

2. Exhibit "B" Defendants South Austin Marine II, Inc, and Kenneth Black's Original Answers and Jury Demands;

3. A list of counsel of record, including addresses, telephone numbers and parties represented.

| Counsel for Plaintiffs Sean Sadr and Michelle Levero | Counsel for Defendants South Austin Marine II, Inc, and Kenneth Black |
|---|---|
| Morgan Riemer<br>Jason Oxner<br>Arpita Legha<br>Caroline Walls<br>**OXNER LEGHA, PLLC**<br>SERVICE@OXNERLEGHA.COM<br>16060 Dillard Drive, Suite 100<br>Jersey Village, Texas 77040<br>T: (346) 327-9500<br>F: (346) 246-4660 | Chaz D. Klaes<br>Attorney in charge<br>Daniela I. Saybe<br>**DONATO BROWN POOL & MOEHLMANN**<br>3200 Southwest Freeway, Suite 2300<br>Houston, Texas 77027<br>T: (713) 877-1112<br>F: (713) 877-1138 |

## CERTIFICATE OF SERVICE

I hereby certify that, on the 24th day of February 2023, a true and correct copy of the above and foregoing has been served by:

☐ certified mail, return receipt requested; ☐ overnight delivery; ☐ hand delivery; ☐ United States first class mail; ☐ facsimile transmission; ☒ electronic transmission on the following counsel:

> **OXNER LEGHA, PLLC**
> Morgan Riemer
> Jason Oxner
> Arpita Legha
> Caroline Walls
> 16060 Dillard Drive, Suite 100
> Jersey Village, Texas 77040
> T: (346) 327-9500
> F: (346) 246-4660
> service@oxnerlegha.com

*s/ Chaz Klaes*
Chaz D. Klaes